1  Robert J. Tuerck, State Bar No. 255741
   JACKSON & TUERCK
2  429 Main Street, Suite C
   P.O. Box 148
3  Quincy, CA 95971
   Tel: (530) 283-0406
4  Fax: (530) 283-0416
   E-mail: bob@jacksontuerck.com
5
6
   Andrew L. Packard, State Bar Number 168690
7  Erik M. Roper, State Bar No. 259756
   LAW OFFICES OF ANDREW L. PACKARD
8  100 Petaluma Boulevard, Suite 301
   Petaluma, CA 94952
9  Tel: (707) 763-7227
   Fax: (707) 763-9227
10 E-mail: Andrew@PackardLawOffices.com
11
   Attorneys for Plaintiff
12 CALIFORNIA SPORTFISHING PROTECTION ALLIANCE
13
                  IN THE UNITED STATES DISTRICT COURT
14                FOR THE EASTERN DISTRICT OF CALIFORNIA
15
16 _____
   CALIFORNIA SPORTFISHING        )   Case No. 1:11-cv-02149-LJO-BAM
17 PROTECTION ALLIANCE, a nonprofit )
   corporation                     )   **JOINT STIPULATION TO FILE**
18                                  )   **RESPONSIVE PLEADING BY MAY 11,**
                                    )   **2012 AND CONTINUE MARCH 13, 2012**
19      Plaintiff,                  )   **SCHEDULING CONFERENCE**
                                    )
20      v.                          )
                                    )
21 CREATIVE MARKETING AND           )   BARBARA A. McAULIFFE
   RESEARCH,  a California corporation, )  U.S. MAGISTRATE JUDGE
22 MONTEREY AG RESOURCES, a          )
   California Corporation, and RICARDO )
23 AGUIRRE, an individual            )
                                     )
24      Defendants,                  )
   _____)
25
26
27      The  parties  to  the  above-entitled  action  hereby  stipulate  that  good  cause  exists  to
28 continue the Mandatory Scheduling Conference currently scheduled for March 13, 2012, and

JOINT STIPULATION TO FILE RESPONSIVE PLEADING AND
CONTINUE SCHEDULING CONFERENCE                                         1

1    establish a due date for Defendants to file a responsive pleading.  The parties are presently

2    engaged in settlement discussions and are seeking a means of resolving this matter without

3    incurring unnecessary fees and costs.  The parties request this additional time to pursue that

4    resolution.  The parties therefore present the following stipulation pursuant to Local Rule

5    143(b), for consideration by the court.

6          The Complaint in this action was filed on December 26, 2011.  Defendants have been

7    aware of the Complaint since December 26, 2011, and copies of the Complaint and all related

8    service documents have been provided by Plaintiff's counsel to counsel for Defendants.  The

9    parties acknowledge that Defendants have had actual notice of the lawsuit, but that service has

10   not yet been completed.  The period for service prescribed by Fed. R. Civ. P. 4(m) has not

11   expired.  The parties stipulate that the undersigned counsel for Defendants will accept service

12   for all Defendants, and that such service shall be deemed effective Friday, April 20, 2012,

13   which is within the 120 day period prescribed by Rule 4(m).  The parties further stipulate that

14   Defendants' responsive pleading shall be filed on or before Friday, May 11, 2011, which is the

15   21st day following the stipulated date of service.

16         Counsels for Plaintiff and Defendants are pursuing settlement terms and have intentions

17   of resolving this case without further judicial involvement.  Thus, the parties also stipulate to

18   extending the date of the Mandatory Scheduling Conference and the associated Joint Status

19   Report due one (1) week prior to said Scheduling Conference.  By order of the Court, the

20   Scheduling Conference is currently set for March 13, 2012 at 8:30 AM.  The parties would

21   prefer to focus their resources on resolving this case.  As such, the parties respectfully request

22   that the March 13, 2012 Mandatory Scheduling Conference be continued until a date no sooner

23   that fourteen (14) days after the date that Defendants have filed their responsive pleading.

24         The parties respectfully request that the Court grant this stipulation and sign the order

25   below reflecting this new dates.

26         SO STIPULATED.

27           Respectfully Submitted,

28   DATED:  March 6, 2012                              JACKSON & TUERCK

JOINT STIPULATION TO FILE RESPONSIVE PLEADING AND
CONTINUE SCHEDULING CONFERENCE                                                          2

1

2                                   /s/ Robert J. Tuerck
                                   Robert J. Tuerck
                                   Attorney for Plaintiff

3                                   CALIFORNIA SPORTFISHING
                                   PROTECTION ALLIANCE

4

5   DATED:  March 6, 2012                  DOWLING, AARON & KEELER, INC.

6                                     /s/ Donald R. Fischbach

7                                   Donald R. Fischbach
                                   Attorney for Defendants

8                                   CREATIVE MARKETING AND
                                   RESEARCH, MONTEREY AG

9                                   RESOURCES, and RICARDO AGUIRRE

10                                 **ORDER**

11      Based upon the foregoing Stipulation and good cause appearing therefore:

12          1.      Service on all Defendants shall be deemed effective April 20, 2012;

13          2.      Defendants shall file a responsive pleading on or before May 11, 2012;

14          3.      The Mandatory Scheduling Conference currently set for March 13, 2012 at 8:30

15  a.m. is continued to June 11, 2012 at 9:00 a.m. in courtroom 8, before the Honorable Barbara

16  A. McAuliffe; and

17          4.      The parties shall file a Joint Scheduling Report with the court no later than seven

18  (7) calendar days preceding the Scheduling Conference.

19          5.      The Court will not continue the Scheduling Conference again based upon the

20  grounds of settlement discussions.

21

22

23

24  IT IS SO ORDERED.

25     Dated:   **March 6, 2012**            /s/ Barbara A. McAuliffe

26                                  UNITED STATES MAGISTRATE JUDGE

27

28