Robert J. Tuerck, State Bar No. 255741
JACKSON & TUERCK
429 Main Street, Suite C
P.O. Box 148
Quincy, CA 95971
Tel: (530) 283-0406
Fax: (530) 283-0416
E-mail: bob@jacksontuerck.com

Andrew L. Packard, State Bar Number 168690
Erik M. Roper, State Bar No. 259756
LAW OFFICES OF ANDREW L. PACKARD
100 Petaluma Boulevard, Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: Andrew@PackardLawOffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a nonprofit corporation, <br><br> Plaintiff, <br><br> v. <br><br> CREATIVE MARKETING AND RESEARCH, a California corporation, MONTEREY AG RESOURCES, a California Corporation, and RICARDO AGUIRRE, an individual <br><br> Defendants, | Case No. 1:11-cv-02149-LJO-BAM <br><br> **JOINT STIPULATION TO FILE RESPONSIVE PLEADING BY MAY 11, 2012 AND CONTINUE MARCH 13, 2012 SCHEDULING CONFERENCE** <br><br> BARBARA A. McAULIFFE <br> U.S. MAGISTRATE JUDGE |

The parties to the above-entitled action hereby stipulate that good cause exists to continue the Mandatory Scheduling Conference currently scheduled for March 13, 2012, and

JOINT STIPULATION TO FILE RESPONSIVE PLEADING AND
CONTINUE SCHEDULING CONFERENCE                                                                                     1

1  establish a due date for Defendants to file a responsive pleading.  The parties are presently
2  engaged in settlement discussions and are seeking a means of resolving this matter without
3  incurring unnecessary fees and costs.  The parties request this additional time to pursue that
4  resolution.  The parties therefore present the following stipulation pursuant to Local Rule
5  143(b), for consideration by the court.

6  The Complaint in this action was filed on December 26, 2011.  Defendants have been
7  aware of the Complaint since December 26, 2011, and copies of the Complaint and all related
8  service documents have been provided by Plaintiff's counsel to counsel for Defendants.  The
9  parties acknowledge that Defendants have had actual notice of the lawsuit, but that service has
10 not yet been completed.  The period for service prescribed by Fed. R. Civ. P. 4(m) has not
11 expired.  The parties stipulate that the undersigned counsel for Defendants will accept service
12 for all Defendants, and that such service shall be deemed effective Friday, April 20, 2012,
13 which is within the 120 day period prescribed by Rule 4(m).  The parties further stipulate that
14 Defendants' responsive pleading shall be filed on or before Friday, May 11, 2011, which is the
15 21st day following the stipulated date of service.

16 Counsels for Plaintiff and Defendants are pursuing settlement terms and have intentions
17 of resolving this case without further judicial involvement.  Thus, the parties also stipulate to
18 extending the date of the Mandatory Scheduling Conference and the associated Joint Status
19 Report due one (1) week prior to said Scheduling Conference.  By order of the Court, the
20 Scheduling Conference is currently set for March 13, 2012 at 8:30 AM.  The parties would
21 prefer to focus their resources on resolving this case.  As such, the parties respectfully request
22 that the March 13, 2012 Mandatory Scheduling Conference be continued until a date no sooner
23 that fourteen (14) days after the date that Defendants have filed their responsive pleading.

24 The parties respectfully request that the Court grant this stipulation and sign the order
25 below reflecting this new dates.

26 SO STIPULATED.

27 Respectfully Submitted,

28 DATED:  March 6, 2012                              JACKSON & TUERCK

|  |  |
|---|---|
|  | /s/ Robert J. Tuerck |
|  | Robert J. Tuerck |
|  | Attorney for Plaintiff |
|  | CALIFORNIA SPORTFISHING |
|  | PROTECTION ALLIANCE |

DATED:  March 6, 2012                                      DOWLING, AARON & KEELER, INC.

|  |  |
|---|---|
|  | /s/ Donald R. Fischbach |
|  | Donald R. Fischbach |
|  | Attorney for Defendants |
|  | CREATIVE MARKETING AND |
|  | RESEARCH, MONTEREY AG |
|  | RESOURCES, and RICARDO AGUIRRE |

## ORDER

Based upon the foregoing Stipulation and good cause appearing therefore:

1. Service on all Defendants shall be deemed effective April 20, 2012;

2. Defendants shall file a responsive pleading on or before May 11, 2012;

3. The Mandatory Scheduling Conference currently set for March 13, 2012 at 8:30 a.m. is continued to June 11, 2012 at 9:00 a.m. in courtroom 8, before the Honorable Barbara A. McAuliffe; and

4. The parties shall file a Joint Scheduling Report with the court no later than seven (7) calendar days preceding the Scheduling Conference.

5. The Court will not continue the Scheduling Conference again based upon the grounds of settlement discussions.

IT IS SO ORDERED.

Dated:   **March 6, 2012**                                      /s/ Barbara A. McAuliffe
                                                                              UNITED STATES MAGISTRATE JUDGE

JOINT STIPULATION TO FILE RESPONSIVE PLEADING AND
CONTINUE SCHEDULING CONFERENCE                                                              3