# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>CREATIVE MARKETING AND RESEARCH, et al.,<br><br>　　　　　　　Defendants.<br>_____/ | CASE NO. CV F 11-2149 LJO BAM<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 10.) |

Based on plaintiffs' notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1.　DISMISSES with prejudice this action in its entirety;

2.　VACATES all pending matters and dates, including the June 18, 2012 scheduling conference; and

3.　DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:　June 4, 2012**　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE