IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, | CASE NO. CV F 11-2149 LJO BAM |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION** (Doc. 10.) |
| vs. | |
| CREATIVE MARKETING AND RESEARCH, et al., | |
| Defendants. / | |

Based on plaintiffs' notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES with prejudice this action in its entirety;

2. VACATES all pending matters and dates, including the June 18, 2012 scheduling conference; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:** **June 4, 2012**        /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE

1